```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 00024
   SAMUEL E GALVIN JR
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0942


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/05 and confirmed on 05/11/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   48780.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
HOMEQ SERVICING CORP      SECURED                 .00           .00             .00
HOMEQ SERVICING           MORTGAGE ARRE      6006.89           .00         6006.89
HOMEQ SERVICING CORP      SECURED                 .00           .00             .00
CHASE HOME FINANCE        CURRENT MORTG          .00           .00             .00
CHASE HOME FINANCE        CURRENT MORTG          .00           .00             .00
CHASE HOME FINANCE        MORTGAGE ARRE     11156.32           .00        11156.32
CHRYSLER FINANCIAL SVC A  SECURED VEHIC     16629.80           .00        16629.80
BCC                       UNSECURED         NOT FILED          .00             .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED          5665.14           .00         5500.67
FIRST NATIONAL BANK JOLI  UNSECURED           793.00           .00          769.98
ASSET ACCEPTANCE CORP     UNSECURED           829.06           .00          804.99
RESURGENT CAPITAL SERVIC  UNSECURED           168.49           .00          163.60
FIRST NATIONAL BANK JOLI  SECURED             750.00           .00          750.00
WILL COUNTY TREASURER     SECURED            2385.00           .00         2385.00
         Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   36928.01          .00      7455.69          .00      44383.70
PRINCIPAL PAID       36928.01          .00      7239.24          .00      44167.25
INTEREST PAID             .00          .00           .00         .00            .00
TOTAL PAID           36928.01          .00      7239.24          .00      44167.25
The Debtor's attorney, RICHARD S BASS                  , was allowed $    2700.00
and was paid $    306.00  direct and $    2394.00  through the plan.

The Trustee received $   2218.75 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```